1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CANVAS B. FORD** | Case No. CIV-08-690 EFB |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| **v.** | |
| **MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from November 14, 2008 to December 3, 2008.   This extension is required due to Plaintiff's counsel's extremely heavy briefing.

/ / / /

/ / / /

/ / / /

1

| | |
|---|---|
| Dated: November 13, 2008 | */s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
| | Attorney for Plaintiff |
| Dated: November 13, 2008 | McGregor W. Scott |
| | United States Attorney |
| | /s/  *Jaime Luna Preciado*<br>JAIME LUNA PRECIADO |
| | Special Assistant U.S. Attorney<br>Social Security Administration |
| | Attorney for Defendant |

### ORDER

The parties' stipulation filed September 25, 2008, to extend the time for filing plaintiff's motion for summary judgment to November 14, 2008, is HEREBY APPROVED *nunc pro tunc*. The instant stipulation filed November 13, 2008, to further extend the time for filing plaintiff's motion for summary judgment, to **December 3, 2008**, is, for good cause shown, HEREBY APPROVED AND SO ORDERED. The court does not intend to grant further extensions of time absent a showing of substantial cause.

SO ORDERED.

DATED:  November 21, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE