1 | BESS M. BREWER, #100364
LAW OFFICE OF
2 | BESS M. BREWER & ASSOCIATES
1023 H Street, Suite B5
3 | Sacramento, CA 95814
Telephone: (916) 448-8600
4 | Facsimile: (916) 448-8605

5 | Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CANVAS B. FORD** | Case No. CIV-08-690 EFB |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT** |
| v. | |
| **MICHAEL J. ASTRUE, Commissioner of Social Security of the United States of America,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file his motion for attorney fees under the Equal Access to Justice Act (EAJA) is hereby extended from its current due date of December 28, 2009, to January 28, 2010. This extension is required to permit the parties to pursue settlement of the fees in this case

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | Dated: December 28, 2009 | */s/Bess M. Brewer*<br>BESS M. BREWER |
| 2 | | Attorney at Law |
| 3 | | Attorney for Plaintiff |
| 4 | Dated: December 28, 2009 | Benjamin B. Wagner |
| 5 | | United States Attorney |
| 6 | | By:*/s/ Elizabeth Firer*<br>ELIZABETH FIRER |
| 7 | | Special Assistant U.S. Attorney |
| 8 | | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: December 30, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2