LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS (CO SBN 15153)
Regional Chief Counsel, Region IX,
Social Security Administration
MICHAEL A. CABOTAJE (CA SBN 197086)
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8984
    Facsimile: (415) 744-0134
    E-Mail: Michael.Cabotaje@ssa.gov

Attorneys for Defendant
Commissioner of Social Security

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANVAS B. FORD,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br> Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:08-CV-00690- EFB<br><br>STIPULATION AND ORDER SETTLING ATTORNEY'S FEES<br>PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

      IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that the previously field Equal Access to Justice Act ("EAJA") application is hereby withdrawn.

      IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the EAJA in the amount of four thousand one hundred dollars and zero cents ($4,100.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

      This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute any admission of liability on the part of Defendant under the EAJA.

Payment of fees in the amount of four thousand one hundred dollars and zero cents ($4,100.00) in EAJA attorney fees shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action.  Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

    This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the provisions of the EAJA.

                                               Respectfully submitted,

Dated: February 19, 2010        /s/ Bess M. Brewer*
                                        *(As authorized via email dated
                                        February 19, 2010)
                                        BESS M. BREWER
                                        Attorney for Plaintiff

Dated: February 19, 2010        LAWRENCE G. BROWN
                                        United States Attorney
                                        LUCILLE GONZALES MEIS
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration

                                        /s/ Michael A. Cabotaje
                                        MICHAEL A. CABOTAJE
                                        Special Assistant U.S. Attorney

                                        Attorneys for Defendant

                                                 <u>ORDER</u>

    APPROVED AND SO ORDERED.

DATED:  February 22, 2010.

                                        _____
                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE